IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| APRIL MUNOZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAFECO INSURANCE COMPANY OF INDIANA, et al., | ) |
| | ) |
| Defendants. | ) Civil Action No. 6:15-CV-012-C |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, April Munoz, take nothing as against Defendants, Safeco Insurance Company of Indiana and Christian Tenorio, in the above-styled and -numbered civil action. Costs of court are taxed against Plaintiff.

Dated this _17_ day of March, 2016.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE